NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1279

MICHAEL S. ANDERSON,

Plaintiff-Appellant,

v.

James Donald, COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS, and Victor Walker, WARDEN, AUGUSTA STATE MEDICAL PRISON,

Defendants-Appellees.

Appeal from the United States District Court for the Southern District of Georgia in case no. 1:06-CV-115, Judge Dudley H. Bowen.

Before GAJARSA, FRIEDMAN, and LINN <u>Circuit Judges</u>.

PER CURIAM.

## O R D E R

Michael S. Anderson moves for reconsideration of the court's order dismissing his appeal for lack of jurisdiction.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

OCT 0 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Michael S. Anderson

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 0 9 2009

JAN HORBALY
CLERK